IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ELIJAH BURKE SWALLOW | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv491 |
| ROD CARROLL | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Elijah Burke Swallow, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, brings this civil rights suit pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Discussion

The court previously entered an order directing the United States Marshal Service to serve the defendants with process at the addresses provided by plaintiff. The Marshal Service attempted to serve the defendants by certified mail, but was unsuccessful. The court then entered an order giving plaintiff 30 days to provide an address at which the defendants could be served. The time for complying with the order has expired. However, plaintiff has not responded to the order.

As plaintiff is proceeding *in forma pauperis*, he is not responsible for serving the defendants with process. However, he is responsible for providing an address at which the defendants can be served. *Fields v. Okla. State Penitentiary*, 511 F.3d 1109, 1113 (10th Cir. 2007); *Maltezos v. Giannakouros*, 522 F. App'x 106, 108 (3rd Cir. 2013).

Federal Rule of Civil Procedure 4(m) provides that a claim shall be dismissed if the defendants are not served within 90 days. As more than 90 days have elapsed since summonses were issued, and as plaintiff has been unable to provide an address at which the defendants can be

served with process, this case should be dismissed without prejudice pursuant to Rule 4(m).

## Recommendation

This civil rights lawsuit should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

## Objections

Objections to this Report and Recommendation must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

SIGNED this 12th day of September, 2022.

_____
Zack Hawthorn
United States Magistrate Judge